-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RICARDO ENCARNACION, 99A6696,

       Plaintiff,

     -v-

DEPARTMENT OF VETERANS ADMINISTRATION
and DEPARTMENT OF VETERANS AFFAIRS,

       Defendants.

DECISION AND ORDER
04-CV-6631CJS(P)

By Order filed March 10, 2005 (Docket # 3), plaintiff was directed to file an amended complaint by April 21, 2005. No amended complaint has been filed and no extension of time has been requested. Accordingly, plaintiff's complaint is dismissed with prejudice for the reasons set forth in the March 10, 2005 Order.

     SO ORDERED.

Dated:   MAY 20    , 2005
       Rochester, New York

          CHARLES J. SIRAGUSA
          United States District Judge